# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

132412 & (60)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NORMA KAKISH and RAJAIE KAKISH,
     Plaintiffs-Appellants/
     Cross-Appellees,

v

DOMINION OF CANADA GENERAL
INSURANCE COMPANY,
     Defendant-Appellee/
     Cross-Appellant.

SC: 132412
COA: 260963
Ingham CC: 04-000809-NI

_____/

On order of the Court, the application for leave to appeal the September 28, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

p0530